**STATE of Missouri, Respondent,**

v.

**James D. POGUE, Appellant.**

**No. WD 36010.**

Missouri Court of Appeals,
Western District.

March 19, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 30, 1985.

Application to Transfer Denied June 25, 1985.

Mark V. Clark, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and DIXON, JJ.

PER CURIAM:

Appeal from conviction for burglary in the first degree, Section 569.160, RSMo 1978, and sentence of thirty years imprisonment as a persistent offender.

Judgment affirmed. Rule 30.25(b).